# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>Melesio Valdez | Docket No. 1:24-MJ-00056-SAB-2<br>**Federal Charges**: Count 1: 21:846 – Conspiracy to Possess with Intent to Distribute a Controlled Substance (Cocaine). Count 2: 21:841(a)(1) – Possession with Intent to Distribute and Distribution of a Controlled Substance (Cocaine) |

**COMES NOW,** Anthony Perez, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Melesio Valdez, who was placed on bond by the Honorable Stanley A. Boone sitting in the Court at Fresno, California, on May 10, 2024, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** 1**.** Report on a regular basis to the following agency: Pretrial Services and comply with their rules and regulations. 2. Reside at a location approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer. 3. The defendant must advise the Court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

**ALLEGED VIOLATION CONDUCT:** On June 7, 2024, the defendant was not home for a scheduled initial home contact. Pretrial Services has been in contact with the defendant's girlfriend, sister, and brother-in-law and they all do not know the defendant's whereabouts. The defendant's girlfriend reports the defendant has not been home since June 6, 2024. Further, Pretrial Services has been unable to make contact with the defendant as he has not responded to phone calls, voice messages, text messages, or emails.

**PRAYING THAT THE COURT WILL ORDER** a warrant be immediately issued for the defendant's arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Anthony Perez

Dated: June 11, 2024     U.S. Pretrial Services Officer

## ORDER

☒ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
☐ The Court hereby orders this ex parte motion and order be sealed.
☐ The Court orders a summons be issued with an appearance date of _____.
☐ The Court hereby orders this matter placed on this Court's calendar.
☐ The Court orders no action be taken.
☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

*Sheila K. Oberto*

Dated: June 11, 2024     UNITED STATES MAGISTRATE JUDGE
Sheila K. Oberto